JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R. J. KULICK,<br>Plaintiff,<br>v.<br>TOM FRUTCHEY, et al.,<br>Defendants. | No. 2:25-cv-8319-DSF (DSR)<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned matter is dismissed, without prejudice, for failure to prosecute and failure to comply with Court orders. The Order constitutes final disposition of the case by the Court.

DATED: September 8, 2026

Dale S. Fischer

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE